IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:18 MJ 344

IN THE MATTER OF THE SEIZURE OF

All funds up to $15,522.89 in Bank of America Account XXXXXXXX4153, such account held in the name of Design for Change LLC; and

All funds up to $2,000.11 in Bank of America Account XXXXXXXX4179, such account held in the name of Design for Change LLC.

**ORDER TO SEAL**

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Seizure Warrant Applications, Affidavit, the Government's Motion, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Seizure Warrant Applications, Affidavit, the Government's Motion, and this Order shall be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 12th day of October, 2018.

_____
HON. DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE