IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF | DOCKET NO.: 3:18-mj-344-DCK |
| All funds up to $15,522.89 in Bank of America Account::XXXXXXXX4153, such account held in the name of Design for Change LLC; and | **ORDER TO REDACT AND UNSEAL** |
| All funds up to $2,000.11 in Bank of America Account :XXXXXXXX4179, such account held in the name of Design for Change LLC. | |

CAME ON TO BE HEARD, the Motion of the United States of America, by and through R. ANDREW MURRAY, United States Attorney for the Western District of North Carolina, for an order to unseal all documents filed in the above-referenced matter in order for the United States to comply with its discovery obligations in *United States v. Knight*, 3:19 CR 284 RJC-DCK. The Court finds that except for the affidavits filed at Documents No. 3 and 4, Attachment 2, the necessity for keeping the above-captioned documents sealed no longer exists. With respect to the affidavits filed in Document Nos. 3 and 4, Attachment 2, the Court having considered the public's interest in the affected materials, and considering alternatives to sealing, finds good cause exists to redact from public disclosure the names of persons not charged with an offense.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk of Court shall unseal all documents filed in the above-captioned matter, except that the Government shall be permitted to redact the names of persons not charged with an offense from the affidavits filed in Document Nos. 3 and 4, Attachment 2. The unredacted affidavits filed in Document No. 3 and 4, Attachment 2 shall remain sealed until further order of this Court.

Signed: January 10, 2020

David C. Keesler
United States Magistrate Judge